## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                                          Case No. 10-34929

    AARON J WATSON
    CASHMERE M WATSON
        Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/04/2010.

2) The plan was confirmed on 10/19/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/24/2012.

5) The case was converted on 03/23/2012.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $8,652.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | |
|---|---|
| Total paid by or on behalf of the debtor | $8,216.97 |
| Less amount refunded to debtor | $125.77 |
| **NET RECEIPTS:** | **$8,091.20** |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $409.48 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,909.48** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AES/PHEAA | Unsecured | 5,176.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE FINANCIAL SERVICES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 1,576.00 | 912.89 | 912.89 | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 453.00 | 605.92 | 605.92 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 850.00 | 267.85 | 267.85 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 629.00 | 716.79 | 716.79 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 548.16 | 548.16 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 649.76 | 649.76 | 0.00 | 0.00 |
| AURORA EMERGENCY ASSOCIATES | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 2,943.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 300.00 | 244.00 | 244.00 | 0.00 | 0.00 |
| CITY OF NAPERVILLE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,155.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,155.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC | Unsecured | 395.00 | 537.40 | 537.40 | 0.00 | 0.00 |
| ECMC | Unsecured | 7,757.00 | 13,247.39 | 13,247.39 | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| ESALLATE | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| FAIR COLLECTIONS & OUTSOURCING | Unsecured | 5,397.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 135.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,165.00 | 1,538.90 | 1,538.90 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 589.00 | 409.79 | 409.79 | 0.00 | 0.00 |
| KANE COUNTY CLERK | Unsecured | 2,469.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| MERCY SAN JUAN MED CENTER | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CENTER FOR SLEEP | Unsecured | 1,018.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDWEST ENDOSCOPY | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| MOBILE ANESTHESIOLOGISTS | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 700.00 | 723.87 | 723.87 | 0.00 | 0.00 |
| PLS LOAN STORE | Unsecured | 1,098.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION CONSU | Unsecured | 1,236.00 | 1,236.20 | 1,236.20 | 0.00 | 0.00 |
| PROVENA MERCY CENTER | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 250.00 | 233.45 | 233.45 | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 570.80 | 570.80 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 12,608.00 | 12,608.00 | 12,608.00 | 3,453.53 | 728.19 |
| SHORT TERM LOAN | Unsecured | 459.00 | 518.70 | 518.70 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 450.00 | 408.18 | 408.18 | 0.00 | 0.00 |
| STERLING JEWELERS | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN GASTROENTEROLOGY | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 405.00 | 684.50 | 684.50 | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 672.00 | 1,138.64 | 1,138.64 | 0.00 | 0.00 |
| WELLS FARGO BANK NATL ASSOC | Unsecured | 699.00 | 698.57 | 698.57 | 0.00 | 0.00 |
| WENDY BOLDEN | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| WESTERN CAREER | Unsecured | 3,319.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,608.00 | $3,453.53 | $728.19 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,608.00** | **$3,453.53** | **$728.19** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$25,891.76** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
| --- | --- |
| Expenses of Administration | $3,909.48 |
| Disbursements to Creditors | $4,181.72 |
| **TOTAL DISBURSEMENTS** : | **$8,091.20** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/25/2012                   By: /s/ Glenn Stearns

                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**